***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted July 1, reversed August 10, 2022

In the Matter of J. K.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

J. K.,
*Appellant.*

Umatilla County Circuit Court
21CC07194; A177735

Jon S. Lieuallen, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc. filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

SHORR, P. J.

Reversed.

**SHORR, P. J.**

Appellant appeals from a judgment committing him to the Oregon Health Authority for a period not to exceed 180 days based on a finding that he has a mental illness. ORS 426.130. He asserts that the trial court plainly erred when it failed to provide the advice of rights required by ORS 426.100(1). The state concedes the error. We agree that failure to provide such statutory advice of rights constitutes plain error. Because of the nature of civil commitment proceedings, the relative interests of the parties, the gravity of the error, and the ends of justice, we exercise discretion to correct the error.

Reversed.